# UNITED STATES DISTRICT COURT
for
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 10, 2021

SEAN F. MCAVOY, CLERK

U.S.A. vs.     Cunha, Seth Cory     Docket No.     0980 4:21CR06037-SMJ-1

### Petition for Action on Conditions of Pretrial Release

COMES NOW Daniel M. Manning, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Seth Cory Cunha, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke sitting in the court at Yakima, Washington, on the 29th day of October 2021, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Defendant is considered to be in violation of his conditions of pretrial release by using methamphetamine, on or about December 5, 2021.

The defendant commenced pretrial supervision on October 29, 2021. His conditions of pretrial release were reviewed with him on the same date. The defendant signed his order of release form, acknowledging an understanding of his conditions of supervision, to include standard condition number 9, as noted above.

On December 9, 2021, the Washington State Department of Corrections (DOC), contacted the undersigned to advise the defendant reported to their office in Walla Walla, Washington, to submit a random drug test. The defendant was found to be in possession of a device to defeat the drug test, and subsequently admitted to using methamphetamine approximately 3 to 4 days prior. The defendant was placed under arrest and transported to the Walla Walla County Jail.

PRAYING THAT THE COURT WILL ORDER A WARRANT

| | |
|---|---|
| | I declare under the penalty of perjury that the foregoing is true and correct. |
| | Executed on:    December 10, 2021 |
| by | s/Daniel M. Manning |
| | Daniel M. Manning<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_M. K. Dimke_
Signature of Judicial Officer

12/10/2021
Date