FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 07, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | No. 4:21-CR-06037-MKD-1 |
|---|---|
| Plaintiff, | ORDER GRANTING DEFENDANT'S MOTION TO QUASH WARRANT AND ISSUE SUMMONS |
| v. | |
| SETH CORY CUNHA, | ECF No. 96 |
| Defendant. | |

Before the Court is Defendant's Motion to Quash Warrant and Issue Summons (ECF No. 96). The Court has reviewed the Motion and finding good cause therefor, **IT IS HEREBY ORDERED:**

1. Defendant's Motion to Quash Warrant and Issue Summons (**ECF No. 96**) is **GRANTED.**

2. The Arrest Warrant (**ECF No. 94**) is **QUASHED.**

3. The District Court Executive shall issue a summons to:

> **Seth Cory Cunha**
> **Walla Walla County Corrections Facility**
> **300 W. Alder Street**
> **Walla Walla, WA 99362**

ORDER - 1

4.     The summons shall specify that **Defendant is to appear before this Court on Thursday, April 6, 2023, at 11:00 AM in Richland, Washington.**

**IT IS SO ORDERED.**

DATED March 7, 2023.



_____
ALEXANDER C. EKSTROM
UNITED STATES MAGISTRATE JUDGE

ORDER - 2