# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 28, 2022

SEAN F. MCAVOY, CLERK

| U.S.A. vs. | Cunha, Seth Cory | Docket No. | 0980 4:21CR06037-MKD-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Daniel M. Manning, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Seth Cory Cunha, who was placed under pretrial release supervision by the Honorable U.S. District Judge Salvador Mendoza, Jr., sitting in the court at Richland, Washington, on the 8th day of September, 2022, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

**Special Condition #7:** Defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing which is required as a condition to release.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The defendant commenced pretrial supervision on September 9, 2022, as a motion to revoke the order of detention submitted by the United States Attorney's Office on this case was granted by the Court. The defendant reported to the Richland Pretrial Services Office on October 6, 2022, and his conditions of pretrial supervision were reviewed with, and accepted by, the defendant.

**Violation #1:** The defendant is considered to be in violation of his conditions of pretrial release by using methamphetamine, on or about December 8, 2022.

On December 9, 2022, the defendant sent a message to the undersigned reporting he had relapsed and would be going to jail for violating his conditions of supervision with the Washington State Department of Corrections (DOC). This information was confirmed with the defendant's DOC officer on December 12, 2022.

The defendant released from his DOC hold on December 13, 2022. Telephonic contact was made with the defendant on December 14, 2022. He admitted to using methamphetamine on December 8, 2022, and reported he had a court date for his DOC violations scheduled for December 19, 2022.

**Violation #2:** The defendant is considered to be in violation of his conditions of pretrial release by using methamphetamine on or about December 22, 2022, and bringing in a device to tamper with his drug test on December 22, 2022.

On December 27, 2022, Washington State DOC notified the undersigned the defendant was arrested on December 22, 2022, for violations that included testing positive for methamphetamine and using a device to attempt to defeat the drug test. It was explained the defendant reported to the DOC office and provided a urine sample for drug testing. DOC observed seeing something that looked like a device to tamper with a drug test and directed him to remove it. The defendant removed a tube with a clamp, a small bag containing a liquid with a hand warmer taped to the side, and an Ace bandage that was used to keep the bag around his waist.

**Re: Cunha, Seth Cory**
**December 27, 2022**
**Page 2**

Contact with the defendant was made by telephone on December 27, 2022. The defendant admitted to using methamphetamine on or about December 22, 2022, as well as using a device to attempt to defeat the drug test on the same date.

PRAYING THAT THE COURT WILL ORDER A WARRANT

|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|
|  | Executed on: December 27, 2022 |
| by | s/Daniel M. Manning |
|  | Daniel M. Manning<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_Alexander C. Ekstrom_
Signature of Judicial Officer

December 28, 2022
Date